# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 10-6000-DOC (SP) | Date | May 31, 2011 |
|---|---|---|---|
| Title | Manuel Aldana, Jr. v. Los Angeles Unified School District, et al. | | |

| Present: The Honorable | **Sheri Pym, United States Magistrate Judge** | | |
|---|---|---|---|
| Kimberly Carter | None Appearing | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiff(s): | | Attorneys Present for Defendant(s): | |
| None Appearing | | None Appearing | |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO FILE OPPOSITIONS TO MOTION TO DISMISS AND MOTION FOR JUDGMENT ON THE PLEADINGS**

On March 24, 2011, defendants Los Angeles School Police Department and Martha Sanchez filed and served Motions for Judgment on the Pleadings pursuant to Fed. R. Civ. P. 12(c) (docket nos. 26, 27). In addition, on March 24, 2011, defendant Los Angeles Unified School District filed and served a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) (docket no. 25). By its Orders dated March 30, 2011 (docket Nos. 29, 30, 31), the Court gave Plaintiff until April 19, 2011 to file Oppositions. Also, in the March 30, 2011 Orders, the Court specifically admonished Plaintiff that failure to file Oppositions to the Motions may be deemed as consent to the granting of the Motions.

To date, Plaintiff has not filed any Oppositions. Again, the Court warns Plaintiff that the failure to file Oppositions within the deadline set by the Court may be deemed Plaintiff's consent to the granting of the Motions. L.R. 7-12.

Accordingly, **IT IS ORDERED THAT** on or before **June 14, 2011**, Plaintiff shall file a Response to this Order showing good cause, if any exists, why he failed to timely file Oppositions to the Motions, and why the action should not be dismissed based upon Plaintiff's failure to file Oppositions. *See* L.R. 7-12; *Ghazali v. Moran*, 46 F.3d 52, 53-54 (9th Cir.1995) (per curiam) (affirming dismissal of pro se prisoner's action for failure to file opposition to motion to dismiss); *see also Pagtalunan v. Galaza*, 291 F.3d 639, 643 (9th Cir. 2002) (affirming dismissal of habeas petition with prejudice for failure to prosecute and failure to comply with court's order).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-6000-DOC (SP) | Date | May 31, 2011 |
|---|---|---|---|
| Title | Manuel Aldana, Jr. v. Los Angeles Unified School District, et al. | | |

    If Plaintiff files Oppositions on or before **June 14, 2011**, this Order to Show Cause shall be automatically discharged. The defendants shall have 7 days thereafter to file replies, if any.