UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-6000-DOC (SP) | Date | June 27, 2011 |
|---|---|---|---|
| Title | Manuel Aldana, Jr. v. Los Angeles Unified School District, et al. | | |

| Present: The Honorable | **Sheri Pym, United States Magistrate Judge** | |
|---|---|---|
| Kimberly Carter | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY COMPLAINT SHOULD NOT BE DISMISSED AGAINST UNSERVED DEFENDANTS**

Plaintiff filed his First Amended Complaint on October 27, 2010 (docket no. 6). Under Rule 4(m) of the Federal Rules of Civil Procedure, plaintiff had 120 days from the date of filing to serve the complaint on defendants. *See also* Order re Civil Rights Case (docket no. 5). As such, the time period to serve defendants expired on February 24, 2011. Plaintiff is ordered to show cause why his complaint should not be dismissed against defendants Lawrence E. Manion, William Tant, Michael Vargas, P.J. Webb, Conrad Adame, Officer Does 1, Monica Garcia, Carmen Schroeder, Rudy Bernal, and Lupe Buenrostro for failure to serve them with the First Amended Complaint within 120 days of its filing as required by Rule 4(m) of the Federal Rules of Civil Procedure.

Plaintiff is ordered to file a response to this Order to Show Cause within 21 days, or by **July 18, 2011**.