**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MANUEL ALDANA, JR., <br><br> Plaintiff, <br><br> v. <br><br> LOS ANGELES UNIFIED SCHOOL DISTRICT, et al., <br><br> Defendants. | Case No. CV 10-6000-DOC (SP) <br><br> **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the Complaint and this action against defendants LAUSD, LASPD, Rodriguez, and Sanchez with prejudice, and against defendant "Officer Does 1" without prejudice.

DATED: November 29, 2011

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE