JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ALDANA, JR., | Case No. CV 10-6000-DOC (SP) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| LOS ANGELES UNIFIED SCHOOL DISTRICT, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed against defendants LAUSD, LASPD, Rodriguez, and Sanchez with prejudice, and against defendant "Officer Does 1" without prejudice.

Dated: November 29, 2011

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE